UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| DONALD SHOOP, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | 3:12-CV-00101-RCJ-WGC |
| v. | ) ) | |
| NV ENERGY, *et al.*, | ) ) | O R D E R |
| Defendants. | ) ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on July 18, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF #1) and Plaintiff's Complaint be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF #1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF #1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE